1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN K. WILLOUGHBY,                       1:11-cv-00281-MJS (PC)

12            Plaintiff,                        ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
13       vs.                                    OR PAY FILING FEE NOT LATER THAN
                                                MARCH 31, 2011
14   A. ENENMOH, et al.,

15            Defendants.
     _____/

16

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20        Accordingly, IT IS HEREBY ORDERED that:

21        Not later than **March 31, 2011**, Plaintiff shall submit the attached application to proceed

22   in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for

23   this action.  **No requests for extension will be granted without a showing of good cause**.

24   Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy

25   of his/her prison trust statement for the six month period immediately preceding the filing of

26   the complaint.

27   /////

28   /////

                                             -1-

1    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4    Dated:    February 22, 2011          /s/ *Michael J. Seng*

5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28