UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLOUGHBY,<br><br>    Plaintiff,<br><br>v.<br><br>A. ENEMOH, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.  1:11-cv-281-AWI-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT<br><br>(ECF No. 8)<br><br>PLAINTIFF MUST FILE AMENDED COMPLAINT BY 6/20/2011 |

Plaintiff Brian Willoughby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion for Order for Supplemental Complaint [ECF No. 8] asking the Court for leave to file an amended complaint that includes additional defendants and supplements his claims of unconstitutional medical care.

For good cause shown, Plaintiff's Motion is GRANTED. Plaintiff shall file an amended complaint not later than June 20, 2011.

IT IS SO ORDERED.

Dated:  May 9, 2011                             /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE